**FILED**
**09/29/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

9-22-23

Brian Smith

V                                           2:23-cv-00472-JMS-MG

Warden T. Rule

2241 Motion

Under the first step act 18 USCS 3632(D)(4)(i) in general. A prisoner, except for an ineligible prisoner under subparagraph (D), who successfully completes evidence-based recidivism reduction programming or productive activities, shall earn time credits as follows:

(i) A prisoner shall earn 10 days of time credits for every 30 days of successful participation in evidence-based recidivism reduction programming or productive activities.

Nowhere under the first step act law does it states if your a med or a high recidivism you can not apply your federal time credits towards your release date.

Brian Smith #98832-509
Brian Smith